# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**BOBBY JEAN McNEAL**

            V.            CASE No.: 1:05-CV-1039(NAM/RFT)

**NATIONAL RAILROAD PASSENGER CORP.**

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing the complaint with prejudice in its entirety pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on August 15, 2008.

DATED:    August 15, 2008

_Lawrence K. Baerman_
Clerk of Court

LKB:lmp